✎AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MCDONALD, GARY K | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form<br>CM/ECF Case No. 4:26-PO-00216-AGH<br>Case No.   GM1       E2535733<br>USM No. |

_____
Defendant's Attorney

**THE DEFENDANT:** MCDONALD, GARY K

☐   **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| | | | |

☑   Count(s)   1 _____   ☑ is   ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ 0.00 | $ | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.:   4000

Defendant's Year of Birth:   1967

City and State of Defendant's Residence:
COLUMBUS, GA

06/24/26
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

06/24/26
_____
Date